IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEANNA WHITMYRE, and KRISTY PAULY,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV419 |
| V. | ) ) | |
| **MERCHANTS CREDIT ADJUSTERS, INC., and FAMILY MEDICINE & SURGERY, P.C.,** | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Dr. Nirmal Raj, a non-attorney, filed an Answer and Motion to Dismiss (filing 10) on behalf of Defendant Family Medicine & Surgery, P.C. Because corporations cannot proceed pro se, the Answer and Motion to Dismiss shall be stricken from the record. See *Wilkinson Industries, Inc. v. Taylor's Indus. Services, LLC*, No. 8:06CV402, 2007 WL 1751739, *1 (D. Neb. June 18, 2007).

**IT IS ORDERED:**

1. The Answer and Motion to Dismiss (filing 10) submitted by Dr. Nirmal Raj on behalf of Defendant Family Medicine & Surgery, P.C. shall be stricken from the record.

2. Family Medicine & Surgery, P.C. shall respond to the Complaint filed herein through an attorney licensed to practice in this court by or before February 23, 2012.

3. The Clerk of Court is directed to mail a copy of this order to Dr. Raj and Family Medicine & Surgery, P.C.

**DATED January 23, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**