IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEANNA WHITMYRE and<br>KRISTY PAULY,<br><br>        Plaintiff,<br><br>vs.<br><br>MERCHANTS CREDIT ADJUSTERS,<br>INC., and<br>FAMILY MEDICINE & SURGERY, P.C.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:11CV419<br><br><br><br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by Pam Car, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **April 5, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 6th day of March 2012.

                                            BY THE COURT:

                                            s/ F.A. Gossett, III
                                            United States Magistrate Judge