## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEANNA WHITMYRE and KRISTY PAULY,** | ) ) ) | **CASE NO. 8:11CV419** |
| Plaintiffs, | ) ) ) | **ORDER AND** |
| v. | ) ) | **FINAL JUDGMENT** |
| **MERCHANTS CREDIT ADJUSTERS, INC., and FAMILY MEDICINE & SURGERY, P.C.,** | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Notice of Case Dismissal With Prejudice (Filing No. 13) filed by the Plaintiffs. The Notice complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(I), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees to the extent not otherwise agreed upon in their confidential settlement agreement. Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Notice of Case Dismissal With Prejudice (Filing No. 13) is approved;

2. All claims in this action are dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees to the extent not otherwise agreed upon in their confidential settlement agreement.

Dated this 12th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge